IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 94-218 — 14, 17, 18, 19, 20, 22, 24, 33 & 42 |
| WILLIAM LNU | : | |
| NELSON RAMOS | | |
| ALEXIS CASTILLO | | |
| MANUEL VARGAS | | |
| HERIBERTO RODRIGUEZ | | |
| WILLIAM MEDINA | | |
| MIGUEL HERNANDEZ | | |
| FAUSTINO LOPEZ | | |
| EDDIER MEZU | | |

FILED

AUG 16 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 16ᵗʰ day of August, 2010, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Indictment No. 94-218, as it relates to the above-captioned defendants, is dismissed without prejudice. It is further ordered that the warrants issued for the arrests of defendants are hereby QUASHED.

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
*Senior Judge, United States District Court*

xc: Speedy Trial
US Marshals
US Probation
US Pretrial Services

Copies Ecmf _____ To:

Copies mailed _____ To: